IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 6:07CR 109 |
| | § | JUDGE Schneider/Love |
| JUSTIN ALLEN BROWN | § | |

## INFORMATION

The United States Attorney Charges:

### Count 1

**VIOLATION**: Title 18, United States Code, Section 876(c) (Mailing a threatening communication)

On or about the April 17, 2007, in Anderson County, in the Eastern District of Texas, the Defendant, JUSTIN ALLEN BROWN, did knowingly cause to be delivered by the Postal Service according to the directions thereon a written communication, addressed to Samuel B. Kent, U.S. District Clerk's Office, Southern District of Texas, P.O. Box 2300, Galveston, Texas 77553-2300, and containing a threat to injure United States District Court Judge Samuel B. Kent, in violation of Title 18, United States Code, Section 876(c).

JOHN L. RATCLIFFE
ACTING UNITED STATES ATTORNEY

GREGG A. MARCHESSAULT
Assistant U.S. Attorney
110 N. College, Suite 700
Tyler, Texas 75702
Texas Bar No. 12969400
(903) 590-1400

1

# NOTICE OF PENALTY

## Count 1

| | |
|---|---|
| Violation: | Title 18, United States Code, Section 876(c) (mailing a threatening communication) |
| Penalty: | A fine of not more than $250,000; imprisonment for not more than ten (10) years; or both. A term of supervised release of not more than three (3) years. |
| Special Assessment: | $100.00 |