MOTION FOR REQUEST FOR LEGAL DOCUMENTS

I am indigent and am unable to defray the cost of copies, of my "Plea Agreement" and "Sentencing Colloquy". Will you send them to me at the address listed below:

Brown, Justin A. #14937-078

Federal Correctional Institution

FCI - Marianna

P.O. Box 7007

Marianna, FL 32447-7007

I need EVERYTHING PERTAINING OR RELATED TO MY "PLEA AGREEMENT."

Thank You,

Brown, Justin A. #14937-078

NAME: Brown, Justin A.
REG. NO.: 14937-078
QUARTERS: SHU D-8
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7007
MARIANNA, FL 32447-7007

PENSACOLA FL 325
19 NOV 2012 PM 1 L





To: the Clerk of Court:
William M. Steger Federal Building and
United States Courthouse
211 West Ferguson Street, Room 106
Tyler, Texas 75702

* LEGAL MAIL *
11/2/12

7570272099