DATE: 4/25/16
LOCATION: Tyler
JUDGE: JOHN D. LOVE
DEP. CLERK: M. Morris
RPTR/ECRO: M. Morris
USPO:
INTERPRETER: Lupe Saucedo
START TIME: 2:45 pm
END TIME: 2:51 pm

CASE NUMBER:        6:07-cr-00109-MHS-JDL

USA                          VS.      Justin Brown

Allen Hurst | Wayne Dickey

Interpreter Flag

### INITIAL APPEARANCE ON PETITION SUPERVISED RELEASE

| | |
|---|---|
| ✓ Initial Appearance on petition called | ✓ Initial Appearance on petition held |
| Defendant appears with counsel | ✓ Dft appears without counsel |
| ✓ Date of Arrest: 4/22/16 | |
| ✓ Dft advised of charges | ✓ Dft advised of right to counsel |
| ✓ Dft advised of maximum penalties | ✓ Dft advised of right to remain silent |
| ✓ Dft request appointed counsel, is sworn & examined re: financial status | Court finds Dft eligible and appoints: Wayne Dickey |
| ✓ Gvt Oral Motion for Detention | Gvt Oral Motion for Continuance of Detention hearing |
| Order of Conditions of Release | Bond set: |
| ✓ Waiver of Detention | ✓ Waiver of Preliminary Hearing |
| Order of Temporary Detention | Detention hearing set for: |
| Order of Detention | Preliminary Hearing set for: |
| Consent to Revocation of Supervised Release and Waiver of Right to be Present and Speak | ✓ Revocation — 5/4 @ 10:00 |
| ✓ Order Probable Cause has been established | |
| ✓ Dft remanded to the custody of the US Marshal | |