# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

USA

V.

Justin Brown

§
§
§
§
§
§
§

Case No. 6:07-CR-00109-MHS-JDL

## ORDER

Comes now the Court and finds that probable cause has been established in the above captioned criminal action and Defendant, Justin Brown, is held over for a final revocation hearing.

**So ORDERED and SIGNED this 25th day of April, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE